IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

Nancy Santiago-Otero

Plaintifff

Vs.

Francisco Figueroa-Miranda,

Erasmo Santiago-Otero,

Fredeswinda Miranda(Social Worker of

The Popular Democratic Party in Harvard

War Project), Fernando Martin(President of the

Pro Independence Party of Puerto Rico), Pro

Independence Party cccccof Puerto Rico, The

Nationalists of Puerto Rico, Jo Ann Estades-

Boyer, Popular Democratic Party of PR, Ramona

Sanchez(wife of Victor Lopez, leader of the county

Of Bayamon of the Pro Independence Party),

Victor Lopez (leader of Pro Independence Party),

Dalia Sanchez(leader of Pro Independence Party)

Defendants

24-cv-1338
SCC

COMPLAINT

Nancy Santiago-Otero, plaintiff, is resident of Puerto Rico for more than a year,

Is of legal age, retired lawyer, single, and respectfully claims and request:

1. That plaintiff Francisco Figueroa-Miranda told two weeks ago that he was
   The abuser in Puerto Rico and that Nancy Santiago-Otero was the victim of
   The abuse.  Plaintiff, following the record of Harvard War Project, is the son
   Of the german nazi commander that in Second World War that gave the order
   To kill the jews in the concentration camps and ghettos.  That Francisco
   Figueroa-Miranda was raised in Puerto Rico by Fredeswinda Miranda and was given
   A Spanish name to hide his identity.  That he had admitted that his german family
   And him, has been causing problems of health, security and well being to force Nancy

Santiago-Otero to be witness on behalf of Germany and claim

The handicaps that showed up after 1980 claiming that are wounded soldiers.

2. Francisco Figueroa-Miranda is an ex employee of the office of Fomento, and at 1975 to1980

Was in charge of the gays and lesbians discotheque known as ABBY in San Juan, Puerto

Rico. Erasmo Santiago-Otero, from the country of India, raised by Mrs. Elena Otero, one

Of the sisters of the republican leader of Stop 15 of San Juan, PR, Rafael Otero, visited

That discotheque in the week ends, to cause disorder with others there against the USA.

Erasmo Santiago-Otero was a fan of the Pro Independence Party of Puerto Rico, and

Get together with others and their leader Mr. Viera, leader of San Juan, PR, at Mrs.

Elena Otero's house at 1066 Del Carmen Street, San Juan, PR, by 1979. Later he told Mrs. Nancy

Santiago-Otero that change his ideas to gathered with the Nationlists of PR. He kept

Suveneirs of them, flags, pictures of Pedro Albizu, etc.. Erasmo Santiago-Otero remained living

At his parents house while he was working at Social Services of PR. By 1980 he told Mrs. Elena

Otero to take care of Mrs. Maria, an old latin woman that was living at 1075 Del Carmen Street,

But he should knew that Mrs. Elena Otero was not a nurse, nor family of Mrs. Maria. He

Should knew that it was better to call the 911 or near hospital's ambulance. Mrs. Elena Otero

Told Nancy Santiago-Otero that Mrs. Maria wants to be visited by she, a date before the start

Of the Master of Taxation studies at New York University Law School of September 6, 1980.

Nancy Santiago-Otero went with Mrs. Elena Otero, before September 3, 1980, at night to visit Maria.

That night, Mrs. Maria was alive, and Mrs. Elena Otero, told to Mrs. Nancy Santiago-Otero that Mrs.

Maria was sick. Nancy Santiago-Otero returned to Puerto Rico by November 1980 to be sworn in

As lawyer, and was told that Mrs. Maria died and that Erasmo Santiago-Otero left the house.

Mrs. Nancy Santiago-Otero returned to New York University Law School to continue her studies

There for a Master of Laws.

3. At New York University Law School Nancy Santiago-Otero encounter lawyers from Puerto Rico

Studying also at the level of Master Program, Mr. Luis Correa, Mrs. Barbara Sanfiorenzo and Mrs.

Carmen Quinones. She was invited to a dinner, at night, in an apartment outside the Law School,

And there showed up Manuel Fernos, who came to be President of Interamerican University,

And his wife Mrs. Yolanda Zayas, and Mr. Luis Correa ended the dinner with a political discution.

4. Mrs. Nancy Santiago-Otero returned to Puerto Rico and started to work in Puerto Rico at the The Treasury Department, known as Hacienda, sponsored by Mr. Aurelio Torres-Ponsa, who Recommended she to be a student of Master Program by 1980, and resigned to her job, due to Change of government and duties. Nancy Santiago-Otero continued working in the private area And other government agencies in Puerto Rico for 25 years, and requested to resign in the Police Department of Puerto Rico in 2012 for a pension and social security benefits. Later at the state Of Texas, Nancy Santiago-Otero requested of the Puerto Rico's Law Association, Colegio de Abogados to resign as admitted lawyer to the courts, and it was granted. Nancy Santiago-Otero Returned to Puerto Rico, and encountered an environment of controversies and hostile attitudes Of some persons in Puerto Rico, giving an idea of a War. Nancy Santiago-Otero has complained With the U.S. CIS Immigration office about the hostile attitude of Francisco Figueroa-Miranda, Erasmo Santiago-Otero and Mrs. Jo Ann Estades-Boyer, friends of the Pro Independence Party, And the Nationalists of Puerto Rico. Mostly I was known as a fan of the American Democrats, Since the John F. Kennedy's term as President, and participate in the primary of the Mr. Ted Kennedy's running for President, and a friend of the Popular Democratic Party, due to the family Of Mr. Carlos Adorno and Mrs. Carmen Adorno, and Mrs. Violeta Ocasio. I encountered problems In my return to Puerto Rico to get jobs. I was informed that Francisco Figueroa-Miranda told the Fans of the Concierto of Danny Rivera by1979, that I should not receive help to get jobs nor get An apartment. Also I was informed that Francisco Figueroa-Miranda was raised by Fredeswinda Miranda, who was couple with a leader of the Nationalists of PR, and that he took advantage of the Position of Fredeswinda Miranda in the Popular Democratic Party for his job at Fomento, and told The fans of the Popular Democratic Party not to help me in getting jobs nor apartments, also to Family members. Francisco Figueroa-Miranda admitted publicly that he wanted to rule me out Of the government, and of any jobs, to sponsor Erasmo Santiago-Otero, from the country of India, For an invasion of persons from India to Puerto Rico and the United States. Also Mrs. Idalia Santiago-Reyes, daughter of my uncle Graciliano Santiago, to prepare a Project for her son to be President of the United States, taking advantage of my studies at New York University Law School. Idalia Santiago-Reyes wanted to claim the White House with her son Julio Omar Mejias, son of A Spanish employee of the Telephone company of Spain. I was angry with Idalia Santiago-Reyes

Plans and stopped to visit her house at Coral Street Num. 19, and to call she because I prefer a President of the United States of them, not a foreigner. Also she wanted to sponsor an Invasion of persons from the country of India to Puerto Rico and the United States, and I think That an invasion should not be allowed. I was informed that Idalia Santiago-Reyes, while she Was working at the Municipality of San Juan, prepared women to behave as lesbians to create Controversies, and Francisco Figueroa-Miranda was using those women to cause problems In the third floor of Plaza Las Americas. They, wanted me to be related with those showing up of Trouble makers women behaving as lesbians in Plaza Las Americas. That is a situation that is Causing me problems with other persons in Puerto Rico, because I can be considered a trouble Maker.

5. I want to claim against Francisco Figueroa-Miranda to stop to be harassing me with women That he hires with contracts to be related in my life. Also, Mrs. Fredeswinda Miranda gave him Access to my mind, and he has kidnap my mind, and affected my life with other persons in Puerto Rico, because I has encountered that Dr. Cher Ramos, chasing me, due to a contract with Francisco Figueroa-Miranda. Also he hired an employee of the train station that deal with the Security to chase me and harass me, of which I had complained with her supervisors. Mr. Erasmo Santiago-Otero hired Mr. Nevil to be my partner, when he should knew that Mr. Nevil was kept in A jail in Dallas, Texas, for three years, and was not a good example of an Italian man. Mr. Nevil make A contract with Francisco Figueroa-Miranda, to prepare a career in the republican politics, and Francisco Figueroa- Miranda, kidnap the mind of Mr. Nevil, and has publicly in the Conference room Of Presbyterian Hospital claimed that Mr. Nevil do what he ordered him. Francisco Figueroa- Miranda gave an order to Mr. Nevil to rape me. Those situations are causing me a mental problems, And my life. I request that Francisco Figueroa-Miranda and his country of Germany stop the mental Kidnap of me and Mr. Nevil, and make payments to my pension and social security future Payments. I request also that Erasmo Santiago-Otero stop chasing and harassing me, and that He and his country India make payments to Veterans Administration to improve the lives of the Handicaps that has showed up after 1980.

I request that Mr. Fernando Martin, be charged with the murder of Mrs. Maria that was caused in 1980 in 1075 Del Carmen Street, San Juan, PR.

Respectfully submitted, this July 29, 2024, in San Juan, Puerto Rico.

*[signature]*

Nancy Santiago-Otero

P.O. Box 366434

San Juan, PR 00936

Cel. (787) 553-8773

Physical address: University Gardens, T-22, Apart. 10

Rio Piedras, San Juan, PR 00925

e-mail: nancysantiago1955@ icloud.com